ANDREW L. THEISS, CHARLES THEISS and ROBERT M. THEISS, Copartners Doing Business under the Firm Name and Style of HEALTH BEVERAGE COMPANY, Respondents, v. ALFRED J. McRAE, ANGUS M. McRAE, Defendants, and McRAE DISTRIBUTORS, INC., Appellant.— Appeals by one of three defendants in an action on contract (a) from an order denying a motion to dismiss the complaint under Civil Practice Rules 106 and 107 on the ground that it fails to state a cause of action and on the further ground that the agreement in suit is void under the Statute of Frauds; and (b) from an order dated March 7, 1940, denying a motion to require plaintiffs to serve an amended complaint and for other relief. Order denying motion to dismiss the complaint reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiffs, within ten days from the entry of the order hereon and upon payment of such costs and disbursements, to serve an amended complaint. Appeal from order dated March 7, 1940, dismissed as academic, without costs. The complaint fails to state a cause of action. The pleaded oral agreement is void under the Statute of Frauds. By its terms it was not to be performed within one year. (Pers. Prop. Law, § 31, subd. 1; *McLachlin* v. *Village of Whitehall*, 114 App. Div. 315, 317–318; *Amburger* v. *Marvin*, 4 E. D. Smith, 393, 395; *Deutsch* v. *Textile Waste Merchandising Co.*, 212 App. Div. 681, 684. See also, *Subirana* v. *Munds*, 282 N. Y. 726, 728.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

JAMES TIERNEY, JR., by JAMES TIERNEY, His Guardian ad Litem, and JAMES TIERNEY, Respondents, v. NEW YORK DUGAN BROTHERS, INC., Appellant.— In an action by an infant to recover damages for personal injuries, and for expenses and loss of services by his father, defendant appeals from a judgment in favor of plaintiffs, entered on the verdict of a jury. Judgment reversed on the law and the facts, with costs, and complaint dismissed on the law, with costs, on the authority of *Thibodeau* v. *Gerosa Haulage & Warehouse Corp.* (252 App. Div. 615, 616; affd., 278 N. Y. 551) and *Maloney* v. *Kaplan* (233 id. 426, 431). Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.